JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Acting Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

**Submitting Counsel are directed to serve this order upon all other parties in this action**

FILED

FEB 8 - 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> GASPAR SOTO RODRIGUEZ, <br> Defendant. | Criminal No. CR 04-0185 SI <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** |

The above-captioned matter is set for hearing before the Court on February 22, 2008, to address the status of the remand from the Ninth Circuit. The defendant is represented by Geoffrey Hansen and the government is represented by Jeff Finigan, Assistant United States Attorney. The government has requested additional time to prepare a response to the materials filed by Mr. Hansen and Mr. Hansen has no objection to that request.

**STIPULATION AND [PROPOSED]
ORDER CONTINUING HEARING
CR 04-0185 SI**

1     Accordingly, the parties stipulate and respectfully request that the hearing in this matter
2 scheduled for February 22, 2008, be continued to March 21, 2008 at 11:00 a.m. before the Court.

DATED: 2/21/08

GEOFFREY HANSEN
Counsel for Gaspar Soto-Rodriguez

DATED: February 21, 2008

for: JEFFREY R. FINIGAN
Assistant U.S. Attorney

So ordered.
DATED: 2/22/08

SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER CONTINUING HEARING
CR 04-0185 SI            2

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

The undersigned hereby certifies that he is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that he caused copies of

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING**

in the case of <u>U.S. v. GASPAR SOTO RODRIGUEZ</u>, No. CR-04-0185 SI

to be served on the parties in this action, addressed as follows which are the last known addresses:

Geoff Hansen, Esq.
Assistant Federal Public Defender
19th Floor Federal Building
San Francisco, CA 94102

__X__ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

February 21, 2008

_____
WILSON WONG
United States Attorney's Office