IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 04-00185 SI |
| Plaintiff, | **ORDER OF ADMINISTRATIVE CLOSURE** |
| v. | |
| GASPAR SOTO-RODRIGUEZ, | |
| Defendant. / | |

This matter has been remanded to this Court for re-sentencing. However, defendant is not present or available to the Court, having been deported from this country after completing his previously-imposed sentence. Defense counsel objects to defendant being re-sentenced *in absentia*, so the Court cannot proceed at this time.

As a consequence, this action is ordered administratively closed. When/if defendant is later brought before this Court, it will proceed to re-sentence as directed by the Court of Appeals.

. **IT IS SO ORDERED.**

Dated: November 18, 2008

SUSAN ILLSTON
United States District Judge